No. 6,605.—ANGELINE PERCIVAL, Respondent, *v.* J. L. SHERBURNE, Appellant.

Decided May 7, 1930.

PER CURIAM.—Counsel having filed a praecipe for dismissal, the action having been fully settled on the merits, it is ordered that the appeal be, and the same is hereby, dismissed.

*Mr. W. R. McDonald, Mr. W. D. Rankin* and *Mr. A. P. Acker,* for Appellant.

*Messrs. Arnot & Doyle,* for Respondent.